■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN RIVERA, Appellant. [52 NYS3d 668]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lopresto, J.), rendered March 18, 2015, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Chambers, J.P., Austin, Roman and Barros, JJ., concur.